COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Jay Baksa v. Rebecca McGuire

Appellate case number:     01-16-00337-CV

Trial court case number:   2013-73614-B

Trial court:               152nd District Court of Harris County

On February 27, 2017, appellant, Jay Baksa, filed a motion to extend the deadline to file time to file his brief to April 1, 2017. On February 28, 2017, we granted appellant's motion asking the Court to withdraw Alexander B. Wathen as appellant's counsel of record in this appeal and extended the deadline to file appellant's brief to March 30, 2017. Accordingly, we **dismiss as moot** appellant's motion to extend, filed on February 27, 2017.

**Appellant's brief remains due to be filed in this appeal no later than March 30, 2017.**

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
                    ☑ Acting individually

Date:  March 9, 2017